## ATTACHMENT A

### Items to Be Seized

To execute this warrant, the Court authorizes the following procedures and seizures:

### A. Service of Warrant and Copying of Computer Files by ISP

As authorized under 18 U.S.C. § 2703 (g), the following procedures shall govern the service and execution of this warrant:
1. The officer executing this warrant shall affect service by any lawful method, including faxing the warrant (with Google's consent) to Google's offices at the location specified in the warrant.
2. The officer executing this warrant shall permit Google, as custodian of the computer files described in Section B below, to locate the files, copy them onto removable electronic storage media, and deliver the copies to the officer, who need not be present during this process, at the location specified in the warrant.

### B. Computer Files to be Copied and Delivered by ISP

Google shall deliver to law enforcement the following records or information, in digital form (e.g. on disks), dating from the Google account opening date to the time this warrant is executed:
1. All electronic communications stored and presently contained in, or on behalf of, the following User ID, individuals, or accounts: cgodfrey4285@gmail.com
2. Transactional information associated with any e-mail address, account, or individual described above in Section B1, including but not limited to:
    1. User connection logs, to contain the following:
        a. Connection time and date;
        b. Disconnect time and date;
        c. Method of connection to system (e.g., SLIP, PPP, Shell);
        d. Data transfer volume (e.g., bytes);
        e. The IP address that was used when the user connected to the service.
    2. Connection information for other systems to which user connected via Facebook, including:
        a. Connection destination;

      b. Connection time and date;
      c. Disconnect time and date;
      d. Method of connection to system (e.g., telnet, ftp, http);
      e. Data transfer volume (e.g., bytes);
      f. Any other relevant routing information.
   3. Ports accessed;
   4. Dial-up numbers accessed;
   5. Purchases made; web sites visited; and
   6. Services or information accessed through personalized "home" or Facebook web pages.
3. All business records and subscriber information, in any form kept, pertaining to **Account:** cgodfrey4285@gmail.com. Such information to include the subscriber's:
   1. Name, user identification number, and e-mail address;
   2. Registered mobile number;
   3. Records of session times and durations;
   4. Date and time stamp of account creation;
   5. Mini feed;
   6. Status update history;

4. All user photos.
5. All group information.
6. All private messages.
7. All IP logs.

### C. Certificate of authenticity

### D. Definitions

The terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electrical, electronic, or magnetic form (such as any information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, CD-ROMs, optical discs, backup tapes, printer buffers, smart cards, memory calculators, pagers, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device; any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).