# UNITED STATES DISTRICT COURT
for the
District of South Dakota

FILED
FEB 13 2014

[signature] CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The premises known as Google Inc.,<br>1600 Amphitheatre Parkway, Mountain View, CA<br>Account: cgodfrey4285@gmail.com | ) ) ) ) ) ) Case No. 14-mc-05 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ South Dakota _____
*(identify the person or describe the property to be searched and give its location)*:

The premises known as Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA
Account: cgodfrey4285@gmail.com


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

evidence of a crime


**YOU ARE COMMANDED** to execute this warrant on or before ___2-14-14___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☒ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __1-31-14  3:00 pm__        _____[signature]_____
                                                                        *Judge's signature*

City and state:   Rapid City, SD                      Veronica L. Duffy
                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 14-MC-05 | Date and time warrant executed: 1-31-14 / 1545 hrs. | Copy of warrant and inventory left with: Google Inc. |
| Inventory made in the presence of: Investigator Kirk | | |
| Inventory of the property taken and name of any person(s) seized: | | |

CD Containing Email Content for cjodfrey4285@gmail.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-13-14

_Executing officer's signature_

Jonathan Kirk - Investigator
_Printed name and title_